# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| **STATE OF DELAWARE,** | ) | |
| | ) | |
| **v.** | ) | **ID#s 1705004684 & 1705004742** |
| | ) | |
| **KORI A. THOMAS,** | ) | |
| **Defendant**. | ) | |

Submitted: March 3, 2023
Decided: March 21, 2023

## ORDER

*Upon Defendant's Amended Motion for Postconviction Relief -* **DENIED**.

This ___21st___ day of March, 2023, upon consideration of the Defendant's *Pro Se* Amended Motion for Postconviction Relief,[1] the Commissioner's Report and Recommendation that Defendant's Amended Motion for Postconviction Relief should be **DENIED**,[2] and the Record in this case, it appears to the Court that:

(1)    The Court referred this motion to a Superior Court Commissioner pursuant to 10 *Del. C.* § 512(b) and Super. Ct. Cr. R. 62 for proposed findings of fact and conclusions of law.

(2)    The Commissioner has filed a Report and Recommendation that the Court deny the Defendant's Amended Motion for Postconviction Relief.

---

[1] 1705004684, D.I. 65-69; 1705004742, D.I. 44-48.
[2] 1705004684, D.I. 84; 1705004742, D.I. 61.

(3)    Neither party has filed an objection to the Commissioner's Report and Recommendation.

**NOW THEREFORE**, after careful and *de novo* review of the record in this case, and for the reasons stated in the Commissioner's Report and Recommendation dated March 3, 2023, the Court **ADOPTS** the Commissioner's Report in its entirety and Defendant's Amended Motion for Postconviction Relief is **DENIED**.


_____/s/ Jan R. Jurden_____
Jan R. Jurden, President Judge

Original:  Prothonotary

cc:  Hon. Janine M. Salomone
       Timothy G. Maguire, Esq., DAG
       Natalie S. Woloshin, Esq.
       Kori A. Thomas, *pro se*